PS 8 (3/15)

Case 2:22-cr-00170-MKD  ECF No. 16  filed 12/27/23  PageID.32  Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Olson, Trina Amber        Docket No.      0980 2:22CR00170-MKD-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Trina Amber Olson, who was placed under pretrial diversion agreement by the Honorable Mary K. Dimke, sitting in the Court at Spokane, Washington, on the 25th day of January 2023, under the following conditions:

**Condition b.:** If Defendant is arrested or has any official contact with law enforcement in a civil or criminal investigative capacity, Defendant shall notify Defendant's supervising pretrial diversion officer within two business days.

**Condition g.:** Defendant shall not use alcohol to excess, or use or possess any illegal controlled substances, including marijuana and may not possess any firearms, explosives, or dangers weapons, unless first disclosed to, and approved by, U.S. Probation.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 26, 2023, the undersigned officer reviewed the conditions of the pretrial diversion agreement with Ms. Olson. Ms. Olson acknowledged an understanding of the conditions at that time.

**Violation #1:** Trina Amber Olson is alleged to have violated the conditions of her pretrial diversion agreement by failing to report law enforcement contact that allegedly occurred on May 20, 2023, to the undersigned officer within 2 business days.

On or about December 7, 2023, the undersigned officer was provided a Spokane Police Department report number 2023-20096892. The report listed Ms. Olson as an involved individual regarding a welfare check of her children that occurred at or near her residence on May 20, 2023. It does not appear that Ms. Olson was arrested or charged with a crime during this alleged interaction with the Spokane Police Department (SPD). Ms. Olson did not report her law enforcement contact on May 20, 2023, within 2 business days.

On December 8, 2023, the undersigned officer spoke with Ms. Olson about the above-noted law enforcement contact. She advised she did have law enforcement contact on that date, but was not arrested or charged with a crime as a result of this interaction with SPD.

**Violation #2:** Trina Amber Olson is alleged to have violated the conditions of her pretrial diversion agreement by consuming alcohol to excess on May 20, 2023.

On or about December 7, 2023, the undersigned officer received documents indicating Ms. Olson may have consumed alcohol to excess on May 20, 2023.

On December 8, 2023, the undersigned officer discussed her alcohol consumption on May 20, 2023. Ms. Olson acknowledged she consumed alcohol to the point of intoxication on May 20, 2023.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: December 20, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

*m. k. Dimke*

Signature of Judicial Officer

12/27/2023

Date