FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:22-CR-00170-MKD |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO DISMISS INFORMATION |
| v. | |
| TRINA AMBER OLSON, | **ECF No. 23** |
| Defendant. | |

Before the Court is the United States' Motion to Dismiss Information, ECF No. 23. The United States moves pursuant to Fed. R. Crim. P. 48(a) to dismiss with prejudice the Information dated December 15, 2022, ECF No. 1, charging Defendant Trina Amber Olson with a single count of violating 18 U.S.C. § 1001(a)(2), Making a False Statement. Fed. R. Crim. P. 48(a) allows the United States to dismiss an information with leave of court. The Court has reviewed the record and the motion and finds good cause to grant the motion.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Dismiss Information, **ECF No. 23**, is **GRANTED**.

2. The Information, **ECF No. 1**, is **DISMISSED with prejudice**.

3. All pending motions are **DENIED as moot.**

4. All pending hearing dates, including the status hearing set for February 12, 2025, are **STRICKEN.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, provide copies to counsel and the U.S. Probation Office, and **CLOSE** the file.

DATED January 29, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2